Chapter 13 Plan Form, Revised 10/24/2005

# CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
## Southern DISTRICT OF MISSISSIPPI

CASE NO. 11-00247

Debtor: DeVeon Nicole Smith      SS # XXX-XX-2477      Current Monthly Income $ 2,592.00
Joint Debtor: NA      SS # XXX-XX-NA      Current Monthly Income $ NA
Address: 2071 Leesburg Road, Morton, MS 39117      No. of Dependents: 3
Telephone No. 601-503-5816      TAX REFUNDS AND EIC FOR DISTRIBUTION: NA

**THIS PLAN DOES NOT ALLOW CLAIMS.** Creditors must file a proof of claim to be paid under any plan that may be confirmed, and the treatment of all secured / priority debts must be provided for in this plan.

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of 36 months, not to exceed 60 months. Debtor or Joint Debtor will make payments directly to the Trustee ONLY if self-employed, unemployed, or the recipient of government benefits.

7,158.17

(A) Debtor shall pay $ 344.00 per (monthly / semi-monthly / weekly / bi-weekly) to the Chapter 13 Trustee.
A payroll deduction order will be issued to Debtor's employer @: Dolan Mgmt LLC
6711 Old Hillsboro Rd
Forest, MS 39074

(B) Joint Debtor shall pay $ NA per (monthly / semi-monthly / weekly / bi-weekly) to the Chapter 13 Trustee.
A payroll deduction order will be issued to Debtor's employer @: NA

**PRIORITY CREDITORS.** Filed claims that are not disallowed to be paid in full: IRS $ NA @ $ NA /mo
State Tax Commission $ NA @ $ NA /mo    Other $ NA @ $ NA /mo

**DOMESTIC SUPPORT OBLIGATIONS (POST PETITION) DUE TO:** NA

beginning NA in the amount of $ NA per month shall be paid:
____ direct    ____ through payroll deduction    ____ through the plan.

**PREPETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO:** NA

in the amount of $ NA shall be paid $ NA per month:
____ through payroll deduction    ____ through the plan.

**HOME MORTGAGE(S)** NA
MTG PMTS TO: _____ BEGINNING _____ @$ _____ ( ) PLAN ( ) DIRECT
MTG PMTS TO: _____ BEGINNING _____ @$ _____ ( ) PLAN ( ) DIRECT
MTG PMTS TO: NA BEGINNING _____ @$ _____ ( ) PLAN ( ) DIRECT
MTG ARREARS TO: NA THROUGH _____ $ _____ @$ _____ /MO*
(*Including interest at ____%)
MTG ARREARS TO: _____ THROUGH _____ $ _____ @$ _____ /MO*
(*Including interest at ____%)
MTG ARREARS TO: _____ THROUGH _____ $ _____ @$ _____ /MO*
(*Including interest at ____%)

Debtor's Initials DNS    Joint Debtor's Initials _____    CHAPTER 13 PLAN, PAGE 1 OF 2

**SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(i) until plan is completed and be paid as secured claimant(s) the sum set out in the column "Total Amt. to be Paid" or pursuant to Order of the Court. That portion of the claim not paid as secured shall be paid as an unsecured claim.

| Creditor's Name | Collateral | Approx. Amt. Owed | Value | Intrst. Rate | Total Amt. To Be Paid | Monthly Payment |
|---|---|---|---|---|---|---|
| Santander | 2000 Toyota Tundra | 11,920 w/* | 7,800 | 7 % | 8,670.24 | 240.84 |
|  |  |  |  | % |  |  |
|  |  |  |  | % |  |  |
|  |  |  |  | % |  |  |
|  |  |  |  | % |  |  |
|  |  |  |  | % |  |  |
|  |  |  |  | % |  |  |

**SPECIAL CLAIMANTS.** (Co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT. Where proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| Creditor's Name | Collateral or Type of Debt | Approx. Amt. Owed | Proposal to Be Paid |
|---|---|---|---|
| Pioneer Credit | 2001 Honda M/C | 1,620 w | abandon pay zero |
| " " | 1998 Grand Prix | 4,253 w | " " |
| Vanderbilt | Mobile | 18,484 | " " |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments: _____

**UNSECURED DEBTS** totaling approximately $ 26,118 w/oxx are to be paid in deferred payments to Creditors that have filed claims that are not disallowed: ___ IN FULL or 1 vote % (PERCENT) MINIMUM.

Total Attorney Fees Charged $ 2,800 w
Attorney Fees Previously Paid $ 326 w
Attorney fees to be paid through the plan $ 3,474 w

Pay administrative costs and debtor's attorney fees pursuant to Court Order and/or local rules.

Name/Address/Phone # of Vehicle Insurance Co./Agent
_____
_____
Telephone/Fax_____

Attorney for Debtor (Name/Address/Phone # / Email)
Robert Rex McCauley, Sr.
P.O. Box 1357
Clinton, MS. 39060
Telephone/Fax 601-924-5861 FAX 924-1516
E-mail Address _____

DATE: 2-8-11

DEBTOR'S SIGNATURE  Shannon Nicole Smith
JOINT DEBTOR'S SIGNATURE
ATTORNEY'S SIGNATURE  Robert Rex McCauley, Sr.