PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

FEB 18 2011

**FIRST-CLASS MAIL**

DANNY L. MILLER, CLERK

BY_____ DEPUTY CLERK

039969 1322 1 SP 0.440 37901 5 2 6688-1-40218

Vanderbilt Mortgage
P O Box 15170
Knoxville T

NIXIE        372  DE 1          00  02/16/11

         RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

BC: 39225244848            *1347-08026-16-25

39225@2448

FRI-14107 0538-3 pdf012 11-00247
Southern District of Mississippi
U.S. Bankruptcy Court
100 East Capitol St.
P.O. Box 2448
Jackson, MS 39225-2448

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
CONTAINS NOTICE of a PROCEEDING
   in the
UNITED STATES BANKRUPTCY COURT